IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elfrido Mateo a/k/a Elfrido Manuel Mateo and Lizette Mateo a/k/a Lizette LaTorre<br>　　　Debtors. | BANKRUPTCY CASE NUMBER<br>18-18455/REF<br><br>CHAPTER 7 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　Movant,<br>v. | 11 U.S.C. § 362<br><br>January 31, 2019 at 9:30 AM |
| Elfrido Mateo a/k/a Elfrido Manuel Mateo and Lizette Mateo a/k/a Lizette LaTorre<br>　　　Debtors/Respondents. | Courtroom # 1 |
| Lynn E. Feldman, Trustee<br>　　　Additional Respondent. | |

## **O R D E R**

AND NOW, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 320 North 14th Street, Allentown, PA 18102; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

**Date: February 6, 2019**

BY THE COURT:

_____
HONORABLE RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE