IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | |
|---|---|
| IN RE:<br>ELFRIDO MATEO<br>AKA ELFRIDO MANUEL MATEO<br>LIZETTE MATEO<br>AKA LIZETTE LATORRE<br>    **Debtors**<br><br>WELLS FARGO BANK, N.A.<br>    **Movant**<br>   v.<br>ELFRIDO MATEO<br>AKA ELFRIDO MANUEL MATEO<br>LIZETTE MATEO<br>AKA LIZETTE LATORRE<br>   and<br>LYNN E. FELDMAN, ESQUIRE (TRUSTEE)<br>    **Respondents** | BK. No. 18-18455-ref<br><br>Chapter No. 7<br><br><br><br><br>11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 616 N 16TH STREET, ALLENTOWN, PA 18102 NKA 616 N 16TH STREET, ALLENTOWN, PA 18102-2018(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

**Date: February 22, 2019**

_____
RICHARD E. FEHLING, BANKRUPTCY JUDGE

LYNN E. FELDMAN, ESQUIRE
(TRUSTEE)
221 N. CEDAR CREST BLVD.
ALLENTOWN, PA 18104

ELFRIDO MATEO AKA ELFRIDO MANUEL
MATEO
616 N 16TH ST
ALLENTOWN, PA 18102-2018

DAVID A. VAIDA, ESQUIRE
137 N. 5TH STREET
ALLENTOWN, PA 18102

LIZETTE MATEO AKA LIZETTE LATORRE
616 N 16TH ST
ALLENTOWN, PA 18102-2018

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107