# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Elfrido Mateo, aka Elfrido Manuel Mateo<br>Lizette Mateo, aka Lizette LaTorre<br>                           Debtors | Case No. 18-18455 REF<br><br>Chapter 7 |
| BANK OF AMERICA, N.A.<br>                           Movant<br>  v.<br>Elfrido Mateo, aka Elfrido Manuel Mateo<br>Lizette Mateo, aka Lizette LaTorre<br>and<br>Lynn E. Feldman, Trustee<br>                           Respondents | |

19-0019

## **ORDER**

Regarding property located at: 622 N. 16th Street, Allentown, PA 18102

      AND NOW, this        day of                        , 2019,  it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, BANK OF AMERICA, N.A.  and/or its successors and assigns to obtain all other Relief available under the Non-Bankruptcy law and its loan documents.

      It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

      It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

                                                                                      _____
                                                                                      United States Bankruptcy Judge

Interested Parties:

Elfrido Mateo
Lizette Mateo
616 N 16th St
Allentown, PA 18102-2018

David A. Vaida, Esquire
137 N. 5th Street
Allentown, PA 18102
Attorney for Debtors

Lynn E. Feldman, Esquire
221 N. Cedar Crest Blvd.
Allentown, PA 18104
Trustee

POWERS KIRN, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Attorneys for Movant